**RECEIVED**

JUL 25 2011

TONY R. MOORE, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CYNTHIA L. BUTTS | CIVIL ACTION NO. 10-cv-0015 |
| VERSUS | JUDGE STAGG |
| DRESS BARN, INC. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Dress Barn's **Motion to Dismiss (Doc. 73)** is **granted** and Plaintiff's complaint is **dismissed with prejudice** for refusal to comply with a court order.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 25th day of July, 2011.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE